*16*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

# DEC 0 9 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN GABRIEL CISNEROS | * | |
| AND JAVIER CISNEROS | * | |
| | * | |
| | * | |
| | * | CIVIL ACTION NO. B-96-168 |
| VS. | * | CRIMINAL NO. B-94-181-S1 |
| | * | CIVIL ACTION NO. B-96-178 |
| | * | CRIMINAL NO. B-94-181-S1 |
| | * | CIVIL ACTION NO. B-97-003 |
| | * | CRIMINAL NO. H-95-196-S1 |
| UNITED STATES OF AMERICA | * | |

## O R D E R

Before this Court is Petitioners' Motions for Reconsideration. This Court has read the instant Motions and is of the opinion that they should be denied.

It is so Ordered.

Done at Brownsville, Texas, this ___9th___ day of December, 1998.

Filemon B. Vela
United States District Judge